Crystal R. SCHINDLER,
Plaintiff–Appellant,

v.

PRINCE GEORGE'S COUNTY OF-
FICE OF CHILD SUPPORT,
Defendant–Appellee.

No. 15–1350.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2015.

Decided: June 22, 2015.

Crystal R. Schindler, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Crystal R. Schindler seeks to appeal the
district court's order dismissing her com-
plaint for failure to state a claim for which
relief could be granted. We dismiss the
appeal for lack of jurisdiction because the
notice of appeal was not timely filed. ·

In civil cases in which the United States
is not a party, parties are accorded 30 days
after the entry of the district court's final
judgment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district

court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
"[T]he timely filing of a notice of appeal in
a civil case is a jurisdictional requirement."
*Bowles v. Russell,* 551 U.S. 205, 214, 127
S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered
on the docket on November 6, 2014. The
notice of appeal was filed on April 2, 2015.
Because Schindler failed to file a timely
notice of appeal or to obtain an extension
or reopening of the appeal period, we dis-
miss the appeal.* We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*

---

* Schindler submitted two other filings in the
district court prior to filing her notice of
appeal. We conclude that neither of these
filings constitutes the functional equivalent of
a notice of appeal. *See Smith v. Barry,* 502
U.S. 244, 248, 112 S.Ct. 678, 116 L.Ed.2d 678
(1992); *Jackson v. Lightsey,* 775 F.3d 170, 175
(4th Cir.2014).